# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT LAUTER, | Case No.: 2:15-CV-08481 DDP-KS$_x$ |
| Plaintiff, | **JUDGMENT** |
| vs. | Hon. Dean D. Pregerson |
| MICHAEL ROSENBLATT; ECHO BRIDGE ENTERTAINMENT, LLC; PLATINUM DISC, LLC; ECHO BRIDGE HOME ENTERTAINMENT; ECHO BRIDGE ACQUISITION CORP. LLC; BHC INTERIM FUNDING II, L.P.; BHC INTERIM FUNDING MANAGEMENT, L.L.C.; and DOES 1 THROUGH 10, INCLUSIVE; | Hearing Date: December 12, 2022 |
| Defendants. | |

JUDGMENT

1    Plaintiff Brett Lauter (hereinafter "Lauter") filed and served upon
2 Defendants Echo Bridge Entertainment, LLC (hereinafter "EBE"); Platinum Disc,
3 LLC (hereinafter "Platinum"); and Echo Bridge Home Entertainment (hereinafter
4 "EBHE") (EBE, Platinum and EBHE are hereinafter collectively referred to as
5 "the EBE Entities") a summons and Third Amended Complaint ("TAC") in the
6 above-captioned action. Said Defendants failed to appear and answer or otherwise
7 respond to the TAC. The Clerk of the Court entered the default of Defendants
8 pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. Lauter filed a
9 Motion for Default Judgment pursuant to Rule 55(b) of the Federal Rules of Civil
10 Procedure (the "Motion") with supporting papers establishing damages under his
11 various claims. The Motion having been considered and granted by the Honorable
12 Dean D. Pregerson, and Lauter having presented further evidence, including
13 sworn testimony, at a damages hearing,

15    JUDGMENT IS HEREBY ENTERED in favor of Lauter and against
16 Defendants Echo Bridge Entertainment, LLC; Platinum Disc, LLC; and Echo
17 Bridge Home Entertainment, on the First, Second, Third, and Sixth Causes of
18 Action.  Lauter is entitled to pre-judgment interest pursuant to California Civil
19 Code Section 3289(b).

21    JUDGMENT IS HEREBY ENTERED in favor of Lauter and against
22 Defendants Echo Bridge Entertainment, LLC; Platinum Disc, LLC; and Echo
23 Bridge Home Entertainment, on the Fourth Cause of Action.  Lauter having
24 elected to pursue statutory damages pursuant to 17 U.S.C. section 504(c)(2), and
25 the court finding that the infringement was willful, the court awards statutory
26 damages in the amount of $40,000 per film.

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED that the "Multi Picture Deal / Acquisition of Digital Rights" dated June 15, 2011 by and between Lauter and Echo Bridge Entertainment, LLC is declared RESCINDED as of June 30, 2014. Defendants Echo Bridge Entertainment, LLC; Platinum Disc, LLC; and Echo Bridge Home Entertainment, and their respective officers, agents, servants, employees, successors, assigns, and attorneys, and those persons acting in concert with them, are permanently enjoined from using, copying, selling, distributing, publicly performing or displaying the Films. Defendants Echo Bridge Entertainment, LLC; Platinum Disc, LLC; and Echo Bridge Home Entertainment, and their respective officers, agents, servants, employees, successors, assigns, and attorneys, and those persons acting in concert with them, shall immediately deliver all masters and copies, including hard drives and electronic copies and masters, of the Films in said persons' possession, custody or control for destruction in a place and manner acceptable to Lauter.

Plaintiff Brett Lauter shall recover from Defendants Echo Bridge Entertainment, LLC; Platinum Disc, LLC; and Echo Bridge Home Entertainment, jointly and severally, the judgment as follows:

(a) Actual Damages of: $226,257.18;
(b) Pre-judgment Interest of: $161,417.45 up to December 12, 2022 and $61.99 per day accruing thereafter until the date of entry of judgment;
(c) Reasonable Audit Costs of: $55,800;
(d) Statutory Damages of: $400,000;
(e) Legal Costs and Expenses of: $10,342.95; and
(f) Post-judgment Interest on the total (total = a + b + c + d + e) at the rate of 4.64% compounded annually.

1  **TOTAL JUDGMENT = $ 853,817.58**

3  Dated:  December 28, 2022

_____

Dean D. Pregerson
United States District Judge